KATHERINE C. MORRIS, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Morris* v. *City of New York*, 154 App. Div. 332, affirmed.
(Argued March 24, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the amount of an award made to plaintiff for lands claimed by her and taken by defendant for water purposes. Defendant claimed that plaintiff's title was defective and that she, therefore, was not entitled to the award.

*Archibald R. Watson*, Corporation Counsel (*Frank T. Fitzgerald* of counsel), for appellant.

*Merritt Bridges* and *Wirt Howe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.